UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILE NO.: 4:10-cr-00030-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DERRICK KEITH USSERY, SR., | ) | |
| Defendant. | ) | |

Defendant's Motion to Release Sealed Material to counsel for the Defendant and to the Printer, to wit the Pre-Sentence report and Statement of Reasons, is hereby ALLOWED.

This the 1st day of August, 2011.

_____
The Honorable Malcolm J. Howard
Senior U.S. District Judge
Eastern District of North Carolina